AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>EDGAR GEORGE PIKE<br><br>*Defendant(s)* | Case No.  6:22-mj- 1677 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 23, 2022__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt and distribution of child pornography |

This criminal complaint is based on these facts:

See Affidavit Attached.

☐ Continued on the attached sheet.

*SA Kenneth McClenahan*
_____
Kenneth McClenahan, Special Agent, DHS, HSI
*Printed name and title*

Sworn to before me over video conference and signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d)

Date: 06/29/2022

_____
*Judge's signature*

City and state: Orlando, Florida

EMBRY J. KIDD, United States Magistrate Judge
*Printed name and title*

STATE OF FLORIDA  
COUNTY OF ORANGE

CASE NO. 6:22-mj- 1677

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenneth McClenahan, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for the issuance of a criminal complaint charging Edgar George Pike ("PIKE") with violation of 18 U.S.C. § 2252A(a)(2) (receipt and distribution of child pornography). I make this affidavit from personal knowledge based on my participation in this investigation, information from other Criminal Investigators, information from Law Enforcement Officers, information from agency reports, and from a review of documents provided by witnesses and enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for an arrest, I have not set forth each and every fact learned during the course of this investigation. Furthermore, I have only set forth those facts and circumstances that are believed necessary to establish probable cause.

2. I am a Special Agent with Homeland Security Investigations ("HIS") and have been since June 2015. I investigate child exploitation and human trafficking violations, specifically violations of 18 U.S.C. §§ 2251, 2252 and 1591, along with violations of Titles 18, 19, and 31 of the United States Code. As a Special Agent, I am a law enforcement officer of the United States. I am empowered to investigate and

make arrests for violations of federal criminal laws. As a Special Agent assigned to HSI, I have conducted numerous child pornography and exploitation investigations. As a result of that training and my experience in child exploitation investigations, I am familiar with and have employed methods of investigation, including, but not limited to, visual surveillance, electronic surveillance, informant interviews, interrogation, and undercover operations. I have authored and participated in numerous search warrants that have led to the seizure of various types of evidence to include electronic device such as cell phone, computers and video equipment.

3. This affidavit is intended to show only that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter. The information contained in this affidavit is based upon my investigation, to include, witness interviews, reports of other law enforcement officers whose information is set forth herein. Additionally, this affidavit is based upon my training and experience as well as that of other law enforcement agents and officers working with me in this investigation. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not purport to set forth all of the information about which I, or collectively the other agents involved in this investigation, have knowledge.

## STATUTORY AUTHORITY

4. In relevant part, 18 U.S.C. § 2252A(a)(2) prohibits a person from knowingly receiving, or distributing, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been

shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproducing any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails.

## DETAILS OF THE INVESTIGATION

5. On June 23, 2022, I was conducting an investigation in my undercover capacity on the BitTorrent peer-to-peer ("P2P") file sharing network.[1] A connection was made between my investigative computer and a computer/computing device running BitTorrent software having an assigned IP address of 73.24.81.242 (the "TARGET IP ADDRESS"). It was determined that the device at the TARGET IP ADDRESS was configured to allow any BitTorrent client computer to browse and download from the device's designated shared folder.

### A. P2P File Sharing of Child Pornography by the TARGET IP ADDRESS

6. From June 23, 2022, at approximately 11:13 hours EDT (GMT/UTC - 4), to June 23, 2022, at approximately 20:34 hours EDT (the "Target Time Period"), the BitTorrent software established a direct connection to the device at the TARGET IP ADDRESS. At least one of the files shared by the device had a hash value that has

---

[1] The BitTorrent network is a publicly available P2P file sharing network. Most computers that are part of this network are referred to as "peers" or "clients." A peer/client can simultaneously provide files to some peers/clients while downloading files from other peers/clients.

3

previously been identified as being a file of investigative interest to child pornography investigations. These files were shared by the device at the TARGET IP ADDRESS. A download was successfully completed of 93 files that the device at the TARGET IP ADDRESS was making available at that time, which other users accessing the BitTorrent Network could download. Furthermore, the device located at the TARGET IP ADDRESS was the sole candidate for the download, and as such, the files were downloaded directly from the TARGET IP ADDRESS.

7. Once the downloads were complete, I viewed the files and observed numerous videos of children, many of whom appeared to be under the age of 14, being sexually exploited. Of the approximately 93 files that were downloaded during the Target Time Period, the following is a representative sample of four of the files:

1. **File name**: ptsc_Jenny 9yo daughter tied up and dog licking her.avi

**File SHA1 hash:** YF5RM6PHDSCPJIZOND5UKOHOJKCOB7TL

**File description:** This is a color video file approximately 2 minutes and 6 seconds in length. The video depicts a nude prepubescent female approximately 9 years of age blindfolded and bound at the wrists and ankles to a bed with yellow rope. The child has long blondish brown hair and no breast development. A yellow dog wearing an orange collar licks the girl's abdomen and vaginal area. An unidentified person (possibly the video recorder) rubs butter on the girl's vagina to encourage the dog to continue licking. In the meantime, the girl simultaneously performed oral sex on an adult male's penis. This video depicts a known victim as previously identified by law enforcement and NCMEC.

2. **File name:** (Pthc) !!! New 0604 !!! Luvnlilly 3Yo(1).avi

**File SHA1 hash:** NYSP2F3GPJGNHZSKO6P2HCVTJEDFVUTS

**File description:** This is a color video approximately 7 minutes and 30 seconds in length. The video depicts a prepubescent female who appears to be approximately 4 -

4

5 years of age, nude and lying on her back while an adult male penetrates her vagina with his penis. The female fondles the male's penis with her hand and mouth.

3. **File name:** !!! NEW Pthc - 0607!!! kelly - 7yo backyard fuck & pedo kittycum.mpg

**File SHA1 hash:** TLUTO4XE5PAVUAIAJOHH6JBYTZSE4QRE

**File description:** This is a color video approximately 3 minutes and 52 seconds in length. The video depicts a prepubescent female who appears to be approximately 7 years of age, initially clothed and playing in what appears to be a back yard. An adult male's face is shown in portions of the video. The video transitions to the female lying nude and lying on her back while an adult male masturbates and ejaculates onto her vagina while holding it open and fondling her. He then rubs his penis against her vagina, and licks her vagina.

4. **File name:** (PTHC) Kelly 8Yo - Sucking & Trying Fuck.avi

**File SHA1 hash:** BOCGULSVYUI3PDD6SIZWTTXZX5SRVST6

**File description:** This is a color video approximately 3 minutes and 4 seconds in length. The video depicts a nude prepubescent female who appears to be approximately 6 to 8 years of age. The video begins with the child on a bed, an adult male appears lying on the bed while the child performs oral sex on him. The video transitions to the adult male penetrating the child's vagina with his penis.

8. Through this investigation, I learned the TARGET IP ADDRESS was leased to Comcast. On June 23, 2022, I served a summons on Comcast requesting subscriber and connection records for the TARGET IP ADDRESS during the Target Time Period. On or about June 23, 2022, Comcast responded to the summons with records indicating that, during that time period, the TARGET IP ADDRESS was assigned to C.S. at a certain residential property located in Orlando, Florida (the "SUBJECT PREMISES").[2]

---

[2] Orange County, Florida Property Appraiser records show that the SUBJECT PREMISES was owned by "CJR Properties 1 LLC" during the Target Time Period and continues to be owned by that entity through present.

5

9. On June 23, 2022, at approximately 7:30 PM, I conducted a wireless internet check at the SUBJECT PREMISES in order to check for the presence of wireless networks that were publicly being broadcast from the area near the SUBJECT PREMISES. Several different wireless networks were present in that area, but all of the available networks within close proximity to the SUBJECT PREMISES were password protected.

10. Additional open-source research showed that C.S. (to whom the TARGET IP ADDRESS was subscribed during the Target Time Period) and PIKE were married in March 2022. According to DAVID, C.S. has a valid Florida identification card listing an address in Apopka, not the SUBJECT PREMISES, as her place of residence.

11. According to the Florida Driver and Vehicle Information Database ("DAVID"), as of June 24, 2022, four individuals held Florida driver licenses with the SUBJECT PREMISES listed as their current address: Subject 1, Subject 2, Subject 3, and Edgar George Pike ("PIKE") (collectively, the "Subjects").

### B. *Search of the SUBJECT PREMISES and Post-Miranda Interview*

12. On June 28, 2022, HSI Orlando applied for and obtained a search warrant for the SUBJECT PREMISES (United States District Court for the Middle District of Florida, Case No. 6:22-mj-1662).

13. On June 29, 2022, HSI Orlando, with the assistance of the Florida Department of Law Enforcement ("FDLE") and the Orange County Sheriff's Office ("OCSO"), executed the federal search warrant at the SUBJECT PREMISES. During execution, agents encountered PIKE and the other Subjects inside the residence. Each Subject was cooperative and exited the residence as agents cleared the interior of the residence to insure there were no other occupants. Once cleared, agents began a search of the residence while others began interviewing each Subject. During post-Miranda interviews with the other Subjects (excluding PIKE), each denied having any knowledge of child pornography being downloaded and/or shared online from the SUBJECT PREMISES.[3]

14. During the post-Miranda interview with PIKE, he stated that he had a Samsung cellular phone, a Samsung tablet and a laptop computer located in his bedroom. According to PIKE, all of these devices were his and no one else used or

---

[3] Subject 1 stated he had his own separate internet connection and that he did not use any other internet service that may have been installed at the residence. Subject 2 stated that he did not have internet access for his laptop but that he did have cellular data on his cell phone. However, he has been unable to use the cellular data on his laptop nor did he use any other internet service that may have been installed at the residence. Subject 3 stated that he only had his cell phone and also did not use any other internet service that may be installed at the SUBJECT PREMISES.

7

had access to his devices. PIKE stated that he used these devices to connect to the internet via his internet service, which was under his wife's name, C.S. PIKE stated that he used his wife to obtain the internet at the SUBJECT PREMISES because he did not have much money when he was released from prison in December of 2021.[4]

15. During the interview, PIKE admitted to using the Samsung tablet to seek out and download child pornography via a BitTorrent application. PIKE stated that he downloaded the application from the Google Play Store on the tablet. Once downloaded, he installed the application and completed the setup in order to search for child pornography files on the internet. PIKE stated he used search terms such as "Kiddie", "PTHC", "R@ygold" and "Yakuza" to find the desired child pornography files. Once located, he would then initiate the download of the child pornography files. Once the download completed, he would view the files on his electronic device.

16. PIKE indicated that he was primarily interested in child pornography files depicting female children from the age of 4 to 12 years of age. I reviewed a list of some of the files downloaded from the TARGET IP ADDRESS used by PIKE, many of which contained the same search terms in the file names. PIKE reviewed the list and indicated that he recognized the files as many of the files he downloaded using the BitTorrent application. PIKE stated he intentionally saved these files in another folder he created on an attached SD card installed in the Samsung tablet. PIKE also stated

---

[4] In 2005, PIKE was adjudicated guilty of attempted capital sexual battery in violation of Florida Statute Section 794.011(2). PIKE was sentenced to 20 years imprisonment with credit for 204 days' time served, to be followed by a term of probation of 10 years.

8

that he used other online applications such as Signal, Telegram, Mega, Instagram and Discord to seek out similar child exploitation material. PIKE stated that the pornographic material from these other online applications (not the BitTorrent application) was of an animated format.

17. During the search of PIKE's room, agents recovered the Samsung tablet, Samsung cell phone, and laptop computer from his bedroom. Forensic analysts conducted a preliminary forensic analysis of each device. During the analysis of the Samsung tablet, analysts found hundreds of child pornography images and videos in the folder PIKE described on the SD card installed in the tablet. Forensic analysts specifically searched within this folder for and located the above described four files, which I had downloaded from the TARGET IP ADDRESS on June 23, 2022. Further forensic analysis will be completed at a later date to provide a total number of child pornography images and videos as well as any other pertinent evidence.

## C. *PIKE's Sexual Offender History*

18. Further research through various law enforcement databases and information obtained from the Florida Department of Corrections, indicate that PIKE was previously convicted and incarcerated for an offense involving the sexual abuse of a minor. PIKE is classified as a sexual offender and is also on sex offender probation.

19. On June 24, 2022, I contacted the probation officer for PIKE to determine his status and conditions of probation. The probation officer confirmed that PIKE is currently married to C.S., but that they reside in separate residences. PIKE has a curfew and is required to be at the SUBJECT PREMISES each night. The

9

probation officer indicated that PIKE is permitted to have internet access but is prohibited from viewing pornographic material as part of his conditions of probation.

## CONCLUSION

20. Based on the above information, probable cause exists that PIKE has committed a violation of 18 U.S.C. § 2252A(a)(2). Thus, I respectfully request that this court authorize a criminal complaint for PIKE.

*SA Kenneth McClenahan*

Special Agent Kenneth McClenahan
Department of Homeland Security
Homeland Security Investigations

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 and 41(d)(3) before me this 29 day of June, 2022.

EMBRY J. KIDD
United States Magistrate Judge